

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 05, 2019.**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WALTER GEORGE BUSBY | § | CASE NO. 19-50725-cag |
| DEANN LOUISE BUSBY | § | CHAPTER 7 |
| Debtor(s). | § | |
| | § | |
| | § | |
| WILMINGTON TRUST COMPANY, | § | |
| AS SUCCESSOR TRUSTEE TO | § | |
| CITIBANK, NA AS TRUSTEE TO | § | |
| STRUCTURED ASSET SECURITIES | § | |
| CORPORATION, SERIES 2005-1 | § | |
| Movant, | § | |
| v. | § | |
| | § | |
| WALTER GEORGE BUSBY, Debtor | § | |
| DEANN LOUISE BUSBY, Debtor | § | |
| JOSE C RODRIGUEZ, Trustee | § | |
| Respondents. | § | |

### AGREED ORDER MODIFYING STAY

The Court finds that Wilmington Trust Company, as successor Trustee to CitiBank, NA as Trustee to Structured Asset Securities Corporation, Series 2005-1 (hereinafter referred to as

"Movant"), a secured creditor in this matter, filed a Motion for Relief from Automatic Stay [DE#12] ("Motion") concerning the collateral described as 914 Campanile, San Antonio, Texas 78258 (the "Property") and more particularly described in the deed of trust; that all required notices of the Motion and hearing thereon have been properly served; and that the parties have agreed to termination of the 11 USC §362(a) stay with respect to the Property to include the conditions below. Debtor has defaulted in the performance of certain obligations to Movant.

**IT IS THEREFORE ORDERED** that the 11 USC §362(a) stay is terminated as to the Property, with the condition that any foreclosure sale scheduled by Movant be scheduled on or after October 1, 2019. Movant is authorized to proceed with its state law remedies, including all pre-foreclosure notices and other actions required by law to properly execute a foreclosure sale on or after October 1, 2019, and with all actions necessary following a sale of the Property pursuant to this Order and applicable state law.

### END OF ORDER ###

AGREED TO AND APPROVED BY:

*/s/ Ronald J. Smeberg*
Ronald J. Smeberg
TBN 24033967
Ronald J. Smeberg
The Smeberg Law Firm, PLLC
2010 W Kings Hwy
San Antonio, TX 78201-4926
*Attorney for Debtor*

*/s/ Megan F. Clontz*
Megan F. Clontz
State Bar No. 24069703
2201 W. Royal Ln., Ste. 155
Irving, TX 75063
(469) 804-8457 ext. 1978
*Attorney for Movant*